DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OJ COMMERCE, LLC,**
Appellant,

v.

**MODWAY, INC.,**
Appellee.

No. 4D2022-2711

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE19-25902.

Shlomo Y. Hecht of Shlomo Y. Hecht, P.A., Miramar, for appellant.

John H. Pelzer, Aaron Williams and Chad Tamaroff of Greenspoon Marder LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***